JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CALDRON,<br><br>    Petitioner,<br><br>    v.<br><br>MARCUS POLLARD, Warden,<br><br>    Respondent. | Case No. 5:20-cv-01960-RGK-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 23, 2021.

*[signature]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE